NO. 07-05-0214-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

JULY 1, 2005

_____

GARRY LEE AMES,

Appellant

v.

THE STATE OF TEXAS,

Appellee
_____

FROM THE 69TH DISTRICT COURT OF DALLAM COUNTY;

NO. 3838; HON. RON ENNS, PRESIDING
_____

***MEMORANDUM OPINION***

_____

Before REAVIS and CAMPBELL, JJ., and BOYD, S.J.[1]

Pending before the Court is appellant Garry Lee Ames's motion to dismiss his appeal by which he represents he wishes to withdraw his notice of appeal. The motion is presented by and through his attorney, but also is personally signed by appellant. Tex. R. App. P. 42.2(a). No decision of this Court having been delivered to date, the motion is

_____

[1]John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment. Tex. Gov't Code Ann. §75.002(a)(1) (Vernon Supp. 2004).

granted.  Accordingly, the appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.


James T. Campbell
Justice


Do not publish.